AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____outhern_____ District of _____Ohio_____

| | |
|---|---|
| Jane Doe, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.     2:20-cv-4798 |
| Ohio Hi-Point School District Board of Education., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   Pursuant to the Opinion and Order filed 2/12/2024 the Court GRANTS the Motion for Summary Judgment on Plaintiffs' federal claim, and DECLINES to exercise supplemental jurisdiction over Plaintiffs' state-law claims and DISMISSES them WITHOUT PREJUDICE. (ECF No. 122.) The Court DENIES the Motion to Strike (ECF No. 141), and DENIES AS MOOT State Farm's Motion for Default Judgment and/or Summary Judgment (ECF No. 54) and Reply (ECF No. 105).
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date: _____02/12/2024_____

*CLERK OF COURT*

Christian M. Wenz

*Signature of Clerk or Deputy*